# Notice Recipients

District/Off: 0971–5          User: admin                Date Created: 03/18/2010

Case: 10–50975               Form ID: FIN1             Total: 5

**Recipients of Notice of Electronic Filing:**

ust     Office of the U.S. Trustee / SJ        USTPRegion17.SJ.ECF@usdoj.gov
tr      Carol Wu          cwu1@sbcglobal.net
aty     Ryan D. Griffin        ryan@thegriffinlawfirm.com

                                                                 TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Mario Prado          601 Arcadia Terrace #105        Sunnyvale, CA 94085
jdb     Elizabeth Anne Prado        601 Arcadia Terrace #105        Sunnyvale, CA 94085

                                                                 TOTAL: 2